GO11-10(b)) / RC   /195

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:   Flossie M Lee                                             CASE NO:   4:10-bk-10386 T
                                                                   Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on 10/07/2010 requiring the Debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if the payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the Debtor to comply with the court's order of 10/07/2010.

IT IS SO ORDERED.


Date: 11/16/2010                                     /s/   Richard D. Taylor
                                                     Richard D. Taylor
                                                     U.S. Bankruptcy Judge


cc:   Mark T. McCarty, Trustee

      Gregory W. Harris
      510 W 4Th Ste A
      N Little Rock, AR  72114

      Flossie M Lee
      7206  Glen Oak Dr.
      Little Rock, AR  72209

      All Creditors